IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD HARGRAVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:09-cv-185-MEF |
| | ) |
| U.S. BANCORP, | ) (WO) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

Upon consideration of the Joint Stipulation of Dismissal with Prejudice (Doc. # 11) filed on June 26, 2009, it is

ORDERED and ADJUDGED that this case be and is hereby DISMISSED in its entirety WITH PREJUDICE, each party to bear his, her, or its own costs. It is further

ORDERED that all pending deadlines are terminated and all pending motions are hereby DENIED as MOOT.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

Done this the 26th day of June, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE